# IN THE SUPREME COURT OF THE STATE OF NEVADA

CITY OF LAS VEGAS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
  and
BRUCE BRANSCOMB,
Real Party in Interest.

No. 77872

**FILED**

JUN 1 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus or prohibition challenges a district court order reversing a misdemeanor conviction and remanding for a new trial. We are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (observing that decision to issue writ of mandamus "is purely discretionary"). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-25861

cc:   Hon. Rob Bare, District Judge
Las Vegas City Attorney
Las Vegas City Attorney/Criminal Division
Gentile, Cristalli, Miller, Armeni & Savarese, PLLC
Eighth District Court Clerk